# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

---

**ASHLEY WILLIAMS**, *Individually, and on behalf of herself and others similarly situated,*

Plaintiff,

vs.

**AMERICA'S COLLECTIBLES NETWORK, INC.**, *d/b/a JTV*

Defendant.

Case No. _____

FLSA Collective Action
**JURY DEMANDED**

---

### CONSENT TO JOIN AS NAMED REPRESENTATIVE

---

1. I have been employed by Defendant as an hourly-paid sales agent during the past three years.

2. I hereby consent to join this or any subsequent action against the Defendant as a Named Representative Plaintiff or, as an Opt-In Plaintiff, to assert claims for violations of the FLSA 29 U.S.C. § 201, *et seq.*, including the non-payment of straight and overtime compensation as specified in the Collective Action Complaint.

3. I understand this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 216(b), *et seq.* I hereby consent to join and opt-in and authorize the prosecution of the above-styled action to recover unpaid wages in my name and on my behalf as an above-named representative Plaintiff.

4. I agree to be represented by the law firm of Jackson, Shields, Yeiser, Holt, Owen and Bryant and Attorneys Gordon E. Jackson and J. Russ Bryant, as well as any other attorneys with whom they may associate.

5. I understand that the personal information provided on this form will not be used for purposes other than these legal claims.

6. Please fill this form out completely.

_Ashley Williams_    9/30/20    _Ashley Louise Williams_
Signature            Date       Full Legal Name